IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| STEWART N. ABRAMSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLIANCE SECURITY INC., f/k/a Versatile Marketing Solutions, Inc., d/b/a Alliance Home Protection, d/b/a VMS Alarms<br><br>　　　　Defendant. | Case No. 2:15-cv-00185-CRE |

**DEFENDANT ALLIANCE SECURITY, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 for the United States District Court for the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Alliance Security, Inc. in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**ALLIANCE SECURITY, INC.**

　　　　　　　　　　　　　　　　By: SPILMAN THOMAS & BATTLE, PLLC

　　　　　　　　　　　　　　　　_/s/ Victoria D. Summerfield_
　　　　　　　　　　　　　　　　Kevin M. Eddy
　　　　　　　　　　　　　　　　PA I.D. No. 92904
　　　　　　　　　　　　　　　　Victoria D. Summerfield
　　　　　　　　　　　　　　　　PA I.D. No. 311540

　　　　　　　　　　　　　　　　One Oxford Centre, Suite 3440
　　　　　　　　　　　　　　　　301 Grant Street
　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　T: (412) 325-3301
　　　　　　　　　　　　　　　　F: (412) 325-3324
Dated: February 11, 2015　　　　　Counsel for Alliance Security, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| STEWART N. ABRAMSON,<br><br>        Plaintiff,<br><br>v.<br><br>ALLIANCE SECURITY INC., f/k/a Versatile Marketing Solutions, Inc., d/b/a Alliance Home Protection, d/b/a VMS Alarms<br><br>        Defendant. | Case No. 2:15-cv-00185-CRE |

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2015, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** pursuant to Local Rule 7.1 with the Clerk of Court using the CM/ECF system and that I served the same upon Plaintiff depositing the same in the United States mail, postage prepaid, addressed as follows:

Stewart N. Abramson
522 Glen Arden Drive
Pittsburgh, PA  15208
*Pro se Plaintiff*

_Victoria D. Summerfield_
Victoria D. Summerfield